1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

LAUREL COLLINS,

No. 2:16-cv-0282-KJM-KJN

12

Plaintiff,

13

v.

ORDER AND

14

EDUCATION SOURCE, INC.,

ORDER TO SHOW CAUSE

15

Defendant.

16
17

On August 4, 2016 this matter came on for a hearing regarding plaintiff's motion for

18

default judgment.[1]  (ECF No. 8.)  Both parties failed to appear at this hearing.  Accordingly, IT IS

19

HEREBY ORDERED that:

20

1.   Within fourteen (14) days of this order, the parties shall show cause in writing why

21

sanctions should not be imposed for their failure to appear at the August 4, 2016

22

hearing.[2]

23
24

[1] This motion was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(19) and 28
U.S.C. § 636(b)(1).

25
26
27
28

[2] The court notes that after the hearing, counsel for plaintiff sent an email to the court
representing that his failure to appear on plaintiff's behalf was due to a calendaring error on his
end and apologizing for the waste of judicial time and resources his error caused.  While the court
appreciates plaintiff's counsel's prompt response and apology, plaintiff's counsel is still required
to file a formal written response setting forth the reasons for his failure to appear and comply with
the directions set forth in this order.

1

2.  Within seven (7) days of this order, plaintiff shall contact the undersigned's courtroom deputy to reschedule this matter for a hearing before the undersigned on her motion for default judgment.  Defendant shall file an opposition, if any, to plaintiff's motion no later than fourteen (14) days prior to the rescheduled hearing date.

3.  Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  August 5, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE