**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
              ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL COLLINS, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>EDUCATION SOURCE, INC.,<br><br>Defendants. | Case No. 2:16-CV-00282-KJM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS** |

1   Pursuant to this Court's Standing Orders and Local Rules 143 and 230, Plaintiff Laurel Collins and Defendants Education Source, Inc. and Kevin Brody (collectively, "Defendants"), through their attorneys, hereby stipulate as follows:

WHEREAS, on February 7, 2017, Defendants filed a Motion to Dismiss, which is scheduled to be heard on Friday, March 10, 2017 (Dkt. No. 22);

WHEREAS, this Court's Standing Orders require parties to "notify the Court if they are continuing to work toward settlement after a motion has been submitted";

WHEREAS, the parties have reached a settlement in principle, subject only to drafting and executing a mutually agreeable settlement and release agreement;

WHEREAS, the parties agree that in the interest of efficiency and economy, and to allow the parties time to draft and execute a settlement and release agreement, the March 3, 2017, hearing on Defendants' Motion to Dismiss should be continued to April 21, 2017, or as soon thereafter as the Court may allow;

THEREFORE, the parties stipulate as follows:

Subject to Court approval, the parties hereby stipulate to continue the hearing on Defendants' Motion to Dismiss from March 10, 2017 to April 21, 2017, or as soon thereafter as may be heard.

Dated:  March 3, 2017                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
            ykrivoshey@bursor.com

*Attorneys for Plaintiff*

**LAW OFFICES OF SETH W. WIENER**

By:   /s/ Seth W. Wiener (as authorized on 3/3/17)
      Seth W. Wiener

Seth W. Wiener (State Bar No. 203747)
609 Karina Court
San Ramon, CA 94582

*Attorneys for Defendants*

### [PROPOSED] ORDER

**IT IS SO ORDERED**

Dated: _____    By: _____
      The Hon. Kimberly J. Mueller
      U.S. District Judge
      Eastern District of California