**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL COLLINS, on Behalf of Herself and all Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>EDUCATION SOURCE, INC. and KEVIN BRODY<br><br>         Defendants. | Case No. 2:16-cv-00282-KJM-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED among Plaintiff Laurel Collins and Defendants Education Source and Kevin Brody that all of Plaintiff's claims are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear their own costs, expenses, and attorney's fees related to this action.


Dated:  May 10, 2017                    **BURSOR & FISHER, P.A.**

                                        By: */s/ L. Timothy Fisher*___
                                                L. Timothy Fisher

                                        *Attorney for Plaintiff*


Dated:  May 10, 2017                    **LAW OFFICES OF SETH W. WIENER**

                                        By: */s/ Seth W. Wiener* ___
                                                Seth W. Wiener

                                        *Attorney for Defendants*